## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF TEXAS
## MARSHALL DIVISION

| | |
|---|---|
| **CDR PRINTING LLC,**<br><br>                       Plaintiff,<br><br>   v.<br><br>**BARNES & NOBLE BOOKSELLERS, INC.,** *et al.,*<br><br>                       Defendants. | Civil Action No. 2:15-cv-1280 |

## ORDER OF DISMISSAL

In consideration of Plaintiff CDR Printing LLC, filing of a Motion to Dismiss With Prejudice before an answer or motion for summary judgment has been filed by Defendant Target Corporation, the Court hereby dismisses all claims in this action against Defendant Target Corporation, WITH prejudice in accordance with Fed. R. Civ. P. 41(a), with each party to bear their own costs, expenses, and attorney's fees.

IT IS SO ORDERED.

SIGNED this 17th day of November, 2015.

                                                                           */s/ Roy S. Payne*<br>
ROY S. PAYNE<br>
UNITED STATES MAGISTRATE JUDGE